ADRIENNE C. PUBLICOVER  (SBN 161432)
Email: Adrienne.Publicover@WilsonElser.com
DENNIS J. RHODES (168417)
Email: Dennis.Rhodes@WilsonElser.com
WILSON, ELSER, MOSKOWITZ,
    EDELMAN & DICKER LLP
525 Market Street, 17th Floor
San Francisco, CA 94105-2725
Tel.:  (415) 433-0990
Fax:  (415) 434-1370

Attorneys for Defendant
**RELIANCE STANDARD LIFE INSURANCE COMPANY**

JOHN N. FRYE  (SBN 45191)
Email: john@jfryelaw.com
LAW OFFICES OF JOHN FRYE
411 Borel Avenue, Suite 500
San Mateo, CA  94402
Tel:    (650) 577-0889
Fax:    (6500 345-9875

Attorneys for Plaintiff
**ROBERT NELSON**

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT NELSON,  )<br><br>          Plaintiff,  )<br>                                )<br>     vs.  )<br>                                )<br>RELIANCE STANDARD LIFE  )<br>INSURANCE COMPANY and DOES 1-50,  )<br>inclusive,  )<br>                                )<br>          Defendants.  )<br>                                )<br>_____) | Case No.:    CV10-00086 JAM (EFB)<br><br>**STIPULATION FOR AN ORDER EXTENDING DEADLINE TO FILE DISMISSAL DOCUMENTS** |

 The Parties, plaintiff Robert Nelson and defendant Reliance Standard Life Insurance Company by and through their counsel of record hereby request that this Court extend the deadline for filing dismissal documents from October 8, 2010 to October 22, 2010 for good cause as follows:

---

**STIPULATION FOR AN ORDER EXTENDING DEADLINE TO FILE DISMISSAL DOCUMENTS**
USDC EDCA Case No. CV10-00086 JAM (EFB)
590773.1

PDF created with pdfFactory trial version www.pdffactory.com

On September 3, 2010, plaintiff filed a notice of settlement, the parties having resolved their dispute. The Court, therefore, set October 8, 2010 as the date for filing the dismissal documents. At present, the settlement agreement has been provided to plaintiff and defendant is awaiting receipt of the signed document in order to conclude the settlement. The parties anticipate having the settlement completed within the next week to ten days. Therefore, the parties request that this Court extend the deadline for filing dismissal documents to October 22, 2010.

RESPECTFULLY SUBMITTED:

Dated: October 5, 2010                WILSON, ELSER, MOSKOWITZ,
                                      EDELMAN & DICKER LLP

                          By: */s/ Dennis J. Rhodes*
                                      Adrienne Publicover
                                      Dennis J. Rhodes
                                      Attorneys for Defendant
                                      RELIANCE STANDARD LIFE INSURANCE COMPANY

Dated: October 5, 2010                LAW OFFICES OF JOHN FRYE

                          By: */s/ John N. Frye*
                                      John N. Frye
                                      Attorneys for Plaintiff
                                      ROBERT NELSON

## **ORDER**

**PURSUANT TO THE STIPULATION OF THE PARTIES AND FOR GOOD CAUSE APPEARING IT IS HEREBY ORDERD THAT:** the last day to file dismissal documents is continued to October 22, 2010.

Date: October 5, 2010                 /s/ John A. Mendez
                                      HONORABLE JOHN A. MENDEZ
                                      UNITED STATES DISTRICT JUDGE

1

**STIPULATION FOR AN ORDER EXTENDING DEADLINE TO FILE DISMISSAL DOCUMENTS**
USDC EDCA Case No. CV10-00086 JAM (EFB)
590773.1

PDF created with pdfFactory trial version www.pdffactory.com

# CERTIFICATE OF SERVICE
*Robert Nelson v. Reliance Standard Life Insurance Company, et al.*
*USDC EDCA Case #CV10-00086 JAM (EFB)*

At the time of service I was over 18 years of age and not a party to this action. I am employed by WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP. My business address is 525 Market Street, 17th Floor, San Francisco, California 94105. My business telephone number is (415) 433-0990; my business fax number is (415) 434-1370. On this date I served the following document(s):

**STIPULATION FOR AN ORDER EXTENDING DEADLINE TO FILE DISMISSAL DOCUMENTS**

on the person or persons listed below, through their respective attorneys of record in this action, by placing true copies thereof in sealed envelopes or packages addressed as shown below by the following means of service:

☐ : **By United States Mail.** I placed the envelope(s) for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

☐ : **By Overnight Delivery.** I enclosed the documents in an envelope or package provided by an overnight delivery carrier and address to the persons at the addresses below. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

☐ : **By Messenger Service.** I served the documents by placing them in an envelope or package addressed to the persons at the addresses listed below and provided them to a professional messenger service for service.

☐ : **By Fax Transmission.** Based on an agreement of the parties to accept service by fax transmission, I faxed the documents to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission, which was printed out, is attached.

☒ : **By Electronic Service.** Based on a court order or an agreement of the parties to accept service by electronic transmission, I caused the documents to be sent to the persons at the electronic notification addresses listed below.

John N. Frye, Esq.
LAW OFFICES OF JOHN FRYE
411 Borel Avenue, Suite 500
San Mateo, CA 94402
Tel:   (650) 577-0889
Fax:   (650) 345-9875
*Attorneys for Plaintiff ROBERT NELSON*

PDF created with pdfFactory trial version www.pdffactory.com

1  I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge.  EXECUTED on October 5, 2010 at San Francisco, California.

2

3

4  _____

5  Stacey Muller

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

**STIPULATION FOR AN ORDER EXTENDING DEADLINE TO FILE DISMISSAL DOCUMENTS**
USDC EDCA Case No. CV10-00086 JAM (EFB)
590773.1

PDF created with pdfFactory trial version www.pdffactory.com