ADRIENNE C. PUBLICOVER  (SBN 161432)
Email: Adrienne.Publicover@WilsonElser.com
DENNIS J. RHODES (168417)
Email: Dennis.Rhodes@WilsonElser.com
WILSON, ELSER, MOSKOWITZ,
    EDELMAN & DICKER LLP
525 Market Street, 17th Floor
San Francisco, CA 94105-2725
Tel.:  (415) 433-0990
Fax:  (415) 434-1370

Attorneys for Defendant
**RELIANCE STANDARD LIFE INSURANCE COMPANY**

John N. Frye, Esq.
LAW OFFICES OF JOHN FRYE
411 Borel Avenue, Suite 500
San Mateo, CA  94402
Tel:   (650) 577-0889
Fax:   (650) 345-9875

**Attorneys for Plaintiff ROBERT NELSON**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT NELSON,<br><br>        Plaintiff,<br><br>    vs.<br><br>RELIANCE STANDARD LIFE INSURANCE COMPANY and DOES 1-50, inclusive,<br><br>        Defendants. | Case No.:    CV10-00086 JAM (EFB)<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AND ORDER THEREON**<br><br>**HONORABLE JOHN A. MENDEZ** |

**IT IS HEREBY STIPULATED,** by and between Plaintiff Robert Nelson and Defendant Reliance Standard Life Insurance Company ("Reliance Standard"), through its attorney of record, that the above-captioned matter and all claims for relief therein can be dismissed with prejudice as

PDF created with pdfFactory trial version www.pdffactory.com

to all Parties in its entirety pursuant to the Parties' agreement to resolve the disputed claim.  Each party to bear its own fees and costs.

Date: October 12, 2010        WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP


By:   */s/ Dennis J. Rhodes*
     ADRIENNE C. PUBLICOVER
     DENNIS J. RHODES
     Attorneys for Defendant
     RELIANCE STANDARD INSURANCE COMPANY,

Date: October 12, 2010        LAW OFFICES OF JOHN FRYE


By:   */s/ John N. Frye*
     JOHN N. FRYE
     Attorneys for Plaintiff
     ROBERT NELSON

## **ORDER**

    The above-captioned matter, and all claims for relief therein, are dismissed with prejudice as to all parties in its entirety pursuant to the parties' agreement to resolve the disputed claims.  Each party to bear its own fees and costs.

**IT IS SO ORDERED.**

Dated: October 12, 2010

        /s/ John A. Mendez
        HONORABLE JOHN A. MENDEZ
        Judge of the United States District Court

2

**STIPULATION OF DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER THEREON**

USDC EDCA Case No. CV10-00086 JAM (EFB)
592664.1

PDF created with pdfFactory trial version www.pdffactory.com

# CERTIFICATE OF SERVICE
*Robert Nelson v. Reliance Standard Life Insurance Company, et al.*
*USDC EDCA Case #CV10-00086 JAM (EFB)*

At the time of service I was over 18 years of age and not a party to this action. I am employed by WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP. My business address is 525 Market Street, 17th Floor, San Francisco, California 94105. My business telephone number is (415) 433-0990; my business fax number is (415) 434-1370. On this date I served the following document(s):

**STIPULATION OF DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER THEREON**

on the person or persons listed below, through their respective attorneys of record in this action, by placing true copies thereof in sealed envelopes or packages addressed as shown below by the following means of service:

☐ : **By United States Mail.** I placed the envelope(s) for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

☐ : **By Overnight Delivery.** I enclosed the documents in an envelope or package provided by an overnight delivery carrier and address to the persons at the addresses below. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

☐ : **By Messenger Service.** I served the documents by placing them in an envelope or package addressed to the persons at the addresses listed below and provided them to a professional messenger service for service.

☐ : **By Fax Transmission.** Based on an agreement of the parties to accept service by fax transmission, I faxed the documents to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission, which was printed out, is attached.

☐ : **By Electronic Service.** Based on a court order or an agreement of the parties to accept service by electronic transmission, I caused the documents to be sent to the persons at the electronic notification addresses listed below.

| John N. Frye, Esq.<br>LAW OFFICES OF JOHN FRYE<br>411 Borel Avenue, Suite 500<br>San Mateo, CA  94402 | Tel:   (650) 577-0889<br>Fax:  (650) 345-9875<br><br>***Attorneys for Plaintiff ROBERT NELSON*** |
|---|---|

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge. EXECUTED **October 12, 2010** at San Francisco, California.

Stacey Muller

PDF created with pdfFactory trial version www.pdffactory.com